**Jimmy Lawrence NANCE,
Petitioner-Appellant,**

v.

**Linda THOMAS, Warden,
Respondent-Appellee.**

No. 16-7738

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Jimmy Lawrence Nance, Appellant Pro Se.

Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Lawrence Nance, a federal prisoner, appeals the district court's order

accepting the recommendation of the magistrate judge and dismissing without prejudice his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Nance v. Thomas*, No. 2:15-cv-05099-BHH, 2016 WL 7155449 (D.S.C. Dec. 8, 2016). Nance's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*